IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ZANE D. SANDERS                                                                      PLAINTIFF

v.                                         CIVIL NO. 09-3088

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                       DEFENDANT

## ORDER

Now on this 18th day of February, 2011, comes on for consideration the Report and Recommendation (Doc. 12) dated January 18, 2011, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (Doc. 12) is hereby adopted *in toto*;

**IT IS FURTHER ORDERED** that, for the reasons set forth in said Report and Recommendation, the denial of benefits to the Plaintiff is hereby **REVERSED** and;

**IT IS FURTHER ORDERED** that this case is hereby **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

                                                          /s/ Jimm Larry Hendren
                                                          **HON. JIMM LARRY HENDREN**
                                                          **UNITED STATES DISTRICT JUDGE**